

IN THE
TENTH COURT OF APPEALS

No. 10-24-00390-CR

WILLIAM CHALMERS,

Appellant

v.

THE STATE OF TEXAS,

Appellee

From the 87th District Court
Freestone County, Texas
Trial Court No. 24-182CR

## MEMORANDUM OPINION

William Chalmers appealed the trial court's denial of his pretrial application for

writ of habeas corpus pursuant to Article 17.151 of the Texas Code of Criminal Procedure.

*See* TEX. CODE CRIM. PROC. ANN. art. 17.151. Before filing his brief, Chalmers filed a

motion to voluntarily dismiss his appeal.

Rule 42.2(a) of the Texas Rules of Appellate Procedure provides that an appellate

court may dismiss an appeal upon the appellant's motion. *See* TEX. R. APP. P. 42.2(a). In

compliance with Rule 42.2(a), both Chalmers and his attorney have signed the motion to dismiss this appeal. *See id.* Accordingly, we grant Chalmers's motion to dismiss the appeal, and the appeal is dismissed.

STEVE SMITH
Justice

Before Chief Justice Gray,
      Justice Johnson, and
      Justice Smith
Motion to dismiss granted
Appeal dismissed
Opinion delivered and filed December 30, 2024
Do not publish
[CR25]

